| | |
|---|---|
| Robert Gene Bailey, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>R.M. Ashley, C.C. Blake, Joseph Gardner, )<br>P.J. Graham, K.D. Mackey, Ron Smith, )<br>William C. Toman, Jr. and )<br>Unknown Female Officer, )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br><br>5:13-CV-301-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed pursuant to 28 U.S.C. § 1915(g).

**This judgment filed and entered on April 25, 2013, and served on:**

Robert Gene Bailey (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC 27885)

April 25, 2013 /s/ Julie A. Richards,
  Clerk of Court